FILED _____    RECEIVED _____
ENTERED _____    SERVED ON _____
COUNSEL/PARTIES OF RECORD

JUN 16 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

UNITED STATES OF AMERICA,       )
                                )
Plaintiff,                      )       Case No.: 2:26-mj-452-BNW
                                )
vs.                             )       **ORDER**
                                )
EDUARDO A. CASTRO,              )
                                )
Defendant.                      )

On June 11, 2026, Defendant was placed on pretrial diversion for six (6) months as to citations E1992637/N6 and E1992638/N6.   Pursuant to the oral plea agreement, Defendant is to pay restitution in the amount of $1,000.00 to the Department of Interior Restoration Fund.

**IT IS HEREBY ORDERED** that the Finance Department for the U.S. District Court for the District of Nevada is to send the restitution payment of $1,000.00 to the Department of Interior, IBC Division of Financial Management, One Denver Federal Center, Bldg. 48, MS D-2770, Denver, CO 80225.   The following information is needed for the restitution payment: LAKE SURPA Castro.

DATED this 16th day of June 2026.

BRENDA WEKSLER
United States Magistrate Judge